# Court of Appeals
# of the State of Georgia

ATLANTA, December 11, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0335. HICKS v. THE STATE.**

The State charged Ambreya Hicks with possession of cocaine with intent to distribute and possession of a firearm during the commission of a felony. Hicks moved to exclude evidence, which the trial court denied and issued a certificate of immediate review. We granted the interlocutory appeal.

After the appeal was docketed in this Court, the State filed a "Suggestion of Mootness," seeking to dismiss the appeal, and "Motion to Lift Supersedeas" to return jurisdiction to the trial court so that the State may file a motion to dismiss the charges against Hicks. Hicks has not opposed these motions.

Therefore, upon consideration of these motions, we REMAND the case to the trial court so that the State may seek dismissal of the charges.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/11/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*